UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No: 3:07-CR-147 (VARLAN/GUYTON) |
| BRENT DEVONN OOTEN, | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The Court notes that on October 24, 2007, Defendant Ooten pled guilty to Count One of the Third Superseding Indictment. [Doc. 202] Additionally, David Wolf, counsel for Defendant Ooten, informed chambers telephonically that, in light of Defendant Ooten's guilty plea, the pending motions filed by Defendant Ooten are now moot. Accordingly, Defendant Ooten's Motion for Bill of Particulars [Doc. 185], Motion to Reveal Confidential Informants [Doc. 186], and Motion to Suppress Intercepted Communications [Doc. 187] are hereby **DENIED as moot**.

**IT IS SO ORDERED.**

                                                    **ENTER:**

                                                    s/ H. Bruce Guyton
                                              United States Magistrate Judge